# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELTON L. SPANN

VERSUS

CHARLES E. TAYLOR

NO.  2021 CW 0186

**APRIL 28, 2021**

---

In Re:    Kelton L. Spann, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 113769.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of the judge's reasons for judgment (if written), a copy of each pleading on which the judgment was founded, including the Motion for Summary Judgment and petition, a copy of the pertinent court minutes, and the notice of intent and return date order in violation of Rule 4-5(C)(7), (8), (10), and (11) of the Uniform Rules of the Louisiana Courts of Appeal. This court is unable to determine if the writ application was filed timely. Moreover, the writ application does not contain a transcript of the contradictory hearing on relator's motion for summary judgment, and the trial court's reasons for denying the motion are not otherwise evident from the writ application. See La. Code Civ. P. art. 966(C)(4).

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above and documentation to show the original writ application was timely, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before **May 28, 2021**, and must contain a copy of this ruling.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT